# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELLEN G., | Case No. ED CV 18-00112-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded with instructions to the Commissioner to award benefits consistent with the Memorandum Opinion and Order.

Date: September 11, 2019

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge